**Opinion issued September 7, 2023**



In The

# Court of Appeals

For The

# First District of Texas

_____

## NO. 01-23-00413-CV

_____

**IVAN TOMPKINS AND DORIS TOMPKINS, Appellants**

**V.**

**CHEN C. HUANG, Appellee**

---

**On Appeal from the County Court at Law No. 4**
**Fort Bend County, Texas**
**Trial Court Case No. 23-CCV-072378**

---

## MEMORANDUM OPINION

The parties have filed a joint motion to dismiss this appeal because they have settled their dispute and they no longer wish to proceed with the appeal. The motion is signed by appellants and counsel for appellee.

We grant the motion and dismiss this appeal. *See* TEX. R. APP. P. 42.1(a).

Any other pending motions are dismissed as moot.

**PER CURIAM**

Panel consists of Chief Justice Adams and Justices Hightower and Countiss.